No. 99–6619.  CRUZ-MENDOZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–6624.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–6632.  STEPHENSON, AKA MCCURVIN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–6697.  NORMINGTON *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 99–414.  HATCH, ATTORNEY GENERAL OF MINNESOTA *v.* MINNESOTA TWINS PARTNERSHIP ET AL.  Sup. Ct. Minn.  Motion of Consumer Federation of America for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 99–455.  SONS *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Motion of petitioner for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.  Certiorari denied.

No. 99–6149.  MORROW *v.* HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Minn.  Motion of petitioner to vacate judgment of the Supreme Court of Minnesota denied.  Certiorari denied.

No. 99–6272 (99A309).  LAMB *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 98–2032.  MCQUEEN *v.* UNITED STATES, *ante,* p. 823;
No. 98–9387.  COOK *v.* UNITED STATES, *ante,* p. 833;
No. 98–9422.  WELDON *v.* WYOMING, *ante,* p. 834;

No. 98–9682. THOMAS v. CALDERA, SECRETARY OF THE ARMY, *ante*, p. 846;

No. 98–9980. FRANKLIN v. BILBRAY ET AL.; and FRANKLIN v. UNITED STATES, *ante*, p. 863;

No. 99–152. POLYAK v. BURSON ET AL., *ante*, p. 875;

No. 99–225. EELLS v. DIRNFELD & ZELNER ET AL., *ante*, p. 878;

No. 99–421. FERMIN, AND ON BEHALF OF THE ESTATE OF FERMIN v. UNITED STATES, *ante*, p. 933;

No. 99–5020. ROY v. BRIGANO, WARDEN, *ante*, p. 881;

No. 99–5500. BROOKS v. BUNCH ET AL., *ante*, p. 908;

No. 99–5537. VALDES v. UNITED STATES, *ante*, p. 910;

No. 99–5538. LEE v. UNITED STATES, *ante*, p. 910;

No. 99–5605. WELDON v. EVERETT, WARDEN, *ante*, p. 912;

No. 99–5717. TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, *ante*, p. 915;

No. 99–5718. TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, *ante*, p. 915;

No. 99–5732. RUCKER v. HENDERSON, POSTMASTER GENERAL, *ante*, p. 916;

No. 99–5816. JENNINGS v. UNITED STATES, *ante*, p. 918; and

No. 99–6117. LANGWORTHY v. DEAN ET AL., *ante*, p. 945. Petitions for rehearing denied.

## NOVEMBER 18, 1999

No. 99–494. CHEVRON · U. S. A. INC. (FORMERLY GULF OIL CORP.) v. OXY USA INC. (FORMERLY CITIES SERVICE CO.). Sup. Ct. Okla. Certiorari dismissed under this Court's Rule 46.1.

No. 99–7065 (99A421). IN RE BROWN, AKA MUHAMMED. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–6841 (99A364). BROWN, AKA MUHAMMED v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Moore County, N. C.